

## ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 8th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-201-1171 • www.agmblaw.com

June 10, 2026

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

GRANTED. The conference is rescheduled to July 30 at 1:30 PM. The dial-in remains the same.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED

Arun Subramanian, U.S.D.J.
Date: June 12, 2026

Re:    Namel Norris v. Veg Café Inc., et al.
       Case Number: 26-cv-01892

Dear Judge Subramanian:

We are attorneys for defendant A.B. Ilibassi Realty Company, L.P. in the above-referenced action. Counsel for the defendant has identified certain issues which we believe will require an amendment to the Complaint; the parties are also discussing settlement. Under the circumstances, counsel for the parties have conferred and agreed that it would make sense, pending the anticipated amended pleading, to further extend the time for defendant A.B. Ilibassi Realty Company, L.P. to respond to the Plaintiff's Complaint from June 15, 2026 to and including July 15, 2026. In addition, the parties have agreed to request from the Court an adjournment of the initial conference scheduled for June 18, 2026 to a date after all defendants have responded to the operative pleading. It is the hope of the parties that this matter will also be able to be resolved without the need for further Court intervention.  This is the second application to extend the time for the response to the complaint; the first application to adjourn the conference. We respectfully request that the Court grant and "So Order" this relief.

Respectfully submitted,

*Barry G. Margolis*

Barry G. Margolis

cc:    All *Counsel via ECF*