UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Namel Norris,<br>Plaintiff,<br>-against-<br>VEG Cafe Inc. et al,<br>Defendants. | 26-CV-1892 (AS)<br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's April 22, 2026 Order, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. That conference is on July 30. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **July 29, 2026 at 4:30 PM.**

SO ORDERED.

Dated: July 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge