ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 8th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-201-1171 • www.agmblaw.com

July 28, 2026

GRANTED. The conference is adjourned to September 10, 2026 at 2:00 PM. But the parties are reminded that they must make the required filings the week in advance of that conference, per the Court's initial order setting the conference. The dial-in remains the same.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 29, 2026

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Namel Norris v. Veg Café Inc., et al.
Case Number: 26-cv-01892

Dear Judge Subramanian:

We are attorneys for defendant A.B. Ilibassi Realty Company, L.P. in the above-referenced action. We are writing, with the consent of counsel for plaintiff, to request an adjournment of the conference currently scheduled for this Thursday, July 30, 2026. Plaintiff's counsel advises that they intend to amend the complaint to add a new party, which party will need to be served with process. Once served, we are hopeful that party will also join in the ongoing settlement negotiations that we have had with plaintiff's counsel. This is the second application to adjourn the conference. We respectfully request that the Court grant and "So Order" this relief.

Respectfully submitted,

*Barry G. Margolis*

Barry G. Margolis

cc: All *Counsel via ECF*