**THE WEITZ LAW FIRM, P.A.**

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

September 3, 2026

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Norris v. VEG Café Inc., et al.***
**Case 1:26-cv-01892-AS**

Dear Judge Subramanian:

The undersigned represents Plaintiff in the above-captioned matter. The Initial Pretrial Conference is currently scheduled for September 10, 2026, at 2:00 p.m.

Plaintiff recently amended the Complaint to add a new Defendant and respectfully requests an adjournment of the Initial Pretrial Conference to allow the newly added Defendant sufficient time to be served and an opportunity to appear and participate in this action before the conference proceeds. Plaintiff believes that allowing the newly added Defendant an opportunity to appear will promote the orderly progression of the matter and permit all parties to participate in the ongoing settlement discussions.

Accordingly, Plaintiff respectfully requests that the Court adjourn the September 10, 2026 Initial Pretrial Conference to a date most convenient for the Court. The undersigned has conferred with opposing counsel, who consents to this request.

Thank you for your consideration of this first adjournment request.

Respectfully submitted,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

GRANTED. The conference is adjourned to October 8, 2026 at 4:00 PM. But the parties are reminded that they must make the required filings the week in advance of that conference, per the Court's initial order setting the conference. The dial-in remains the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 4, 2026