UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

Plaintiff,

-against-

VEG CAFE INC. and A.B. ILIBASSI REALTY COMPANY, L.P.,

Defendants.

26-CV-1892 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's April 22, 2026 and September 4, 2026 Orders, Dkts. 9, 23, the parties were required to file a joint letter, the contents of which are described in the first order, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by Tuesday, October 6, 2026.

SO ORDERED.

Dated: October 1, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge