# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

Plaintiff's request is GRANTED. The conference is adjourned to **November 5, 2026** at **4:00 pm**. The dial-in remains the same. The Court will not grant any further adjournments. Plaintiff is admonished to move expeditiously in serving the remaining defendants, conferring with defendants, and filing the required materials, *see* Dkt. 9, on or before **October 28, 2026**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 7, 2026

October 1, 2026

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Norris v. VEG Café Inc., et al.***
**Case 1:26-cv-01892-AS**

Dear Judge Subramanian:

The undersigned represents Plaintiff in the above-captioned matter. Plaintiff respectfully submits this status letter and requests an adjournment of the Initial Pretrial Conference currently scheduled for October 8, 2026.

As set forth below, summonses for the newly added Defendants were only recently issued by the Court on September 29, 2026, at [D.E. 26], and those Defendants have not yet been served or had an opportunity to appear in this action. Once served, Plaintiff is hopeful that the newly added Defendants will appear and participate in the ongoing settlement discussions. Providing them with a reasonable opportunity to do so will promote the orderly progression of this matter and allow all parties to participate meaningfully in efforts toward a potential resolution.

Accordingly, Plaintiff respectfully requests that the Court adjourn the October 8, 2026 Initial Pretrial Conference to a date convenient for the Court, thereby allowing the newly added Defendants an opportunity to be served, appear, and participate in the matter. Given that counsel for the previously appearing Defendant will no longer represent any Defendant following the filing of the Amended Complaint, Plaintiff has been unable to confer with counsel for the newly added Defendants regarding this request. Thank you for your consideration of this second adjournment request.

Respectfully submitted,

By: /S/ B. Bradley Weitz

B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com